UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
         -v-                 :     23-CR-330 (PAE)
                                                                        :
VINCENT CERCHIO,                                                        :     SCHEDULING ORDER
FRANK DiPIETRO,                                                         :
MICHAEL SELLICK,                                                        :
SAMUEL SORCE, and                                                       :
VINCENT SPAGNUOLO,                                                      :
                                                                        :
         Defendants.         :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      It is hereby ORDERED that a conference in this matter is scheduled for **July 19, 2023** at **2:30** in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                        PAUL A. ENGELMAYER
                                      United States District Judge