# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & E-MAIL**　　　　　　　　　　　　　　　　　　　　　　　　October 9, 2023  
Honorable Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

　　　　　　　　　　　Re: *United States v. Cerchio*, 23 Cr. 330 (PAE)

Dear Judge Engelmayer:

　　　I submit this letter to respectfully request that the Court approve a brief period of release on October 12, 2023, to allow my client in the above-entitled matter, Samuel Sorce, to attend the Mass funeral service and burial for his uncle. Mr. Sorce's uncle passed away over the weekend and will be laid to rest this Thursday, October 12, 2023 at Vincent Martyr Church in Madison, New Jersey. I have conferred with the government and they have no objection to this request.

　　　Mr. Sorce's mother and father (both of whom have been present at every one of Mr. Sorce's court appearances) would arrange to pick Mr. Sorce up at Essex County Correctional Facility in Newark, New Jersey at 8am on Thursday, October 12, 2023, and take him the approximately 20 miles to the family home in Florham Park, New Jersey, to allow Mr. Sorce to change into appropriate clothing for the funeral. From there, Mr. Sorce's parents would drive Mr. Sorce the approximately 5 miles to the church where his uncle's funeral service and burial will be held, the next town over in Madison, New Jersey. Following the burial, Mr. Sorce's parents would take Mr. Sorce back to Essex County Correctional Facility before 4pm that same day.

　　　Should the Court have any hesitation concerning this request, Mr. Sorce and his parents would be willing to abide by any terms or conditions directed by Your Honor. Accordingly, it is respectfully requested that on Thursday, October 12, 2023, that Samuel Sorce be released from Essex County Correctional Facility at 8am to the custody of his parents so that he may attend the funeral and burial for his uncle, and that Mr. Sorce's parents return Mr. Sorce to Essex County Correctional Facility by 4pm on October 12, 2023.

　　　Thank you for your consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*Ken Womble*

　　　　　　　　　　　　　　　　　　　　　　　Ken Womble  
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Samuel Sorce

The Court expresses condolences to Mr. Sorce and his family on the passing of Mr. Sorce's uncle. Regrettably, however, for the reasons stated by the Government, the Court must **deny** the application for temporary release to attend the funeral in person. The Court encourages the United States Marshals, in conjunction with the funeral home, to attempt to enable Mr. Sorce to view the funeral services remotely. The Clerk of Court is requested to terminate the motion at Dkt. No. 56.

10/11/2023

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge