# ZEMAN & WOMBLE, LLP

| | |
|---|---|
| KEN WOMBLE | P (718) 514 - 9100 |
| 20 VESEY STREET, RM 400 | F (917) 210 - 3700 |
| NEW YORK, NY 10007 | WOMBLE@ZEMANWOMBLELAW.COM |

WWW.ZEMANWOMBLELAW.COM

November 13, 2023

**Via ECF & Email**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Samuel Sorce,* 23 Cr. 330 (PAE)

Dear Judge Engelmayer:

    I represent Samuel Sorce in the above-entitled matter and write to respectfully request that this Court direct Hudson County Correctional Facility located in Kearney, New Jersey, to allow my Court-approved mitigation specialist, Kathleen O'Boyle, to conduct professional visits with our client, Samuel Sorce. Representatives from Hudson County Correctional Facility have informed Ms. O'Boyle that a court order is necessary to allow her to visit Mr. Sorce without being accompanied by an attorney.

    Accordingly I request that Your Honor direct Hudson County Correctional Facility to permit Kathleen O'Boyle to schedule and conduct interviews with Samuel Sorce without an attorney.

    Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Attorney for Samuel Sorce

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 75.

11/13/2023

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge